**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com

**LAW OFFICES OF SAHAG MAJARIAN II**
Sahag Majarian II, Esq. (SBN 146621)
18250 Ventura Boulevard
Tarzana, California 91356
Telephone:  (818) 609-0807
Facsimile:   (818) 609-0892
sahagii@aol.com

Attorneys for Plaintiff, BRIAN SIMS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SIMS, an individual, on his own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CAPSTONE LOGISTICS, LLC, a Delaware Corporation; PROGRESSIVE LOGISTICS SERVICES, LLC, a Georgia Corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | **CASE NO. 2:19-cv-02534 MCS(SSx).(rn)** <br> *[Assigned for All Purposes to the Honorable Mark C. Scarsi CR 7C]* <br><br> **JOINT STIPULATION OF DISMISSAL [FED.R.CIV. P. 41(a)(1)(A)(ii)]** <br><br> *(Filed Concurrently with Notice of Lodging of [Proposed] Order)* <br><br> Complaint filed: February 27, 2019 |

1

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Brian Sims ("Plaintiff") and Defendants Capstone Logistics, LLC and Progressive Logistics Services, LLC (collectively, the "Defendants") (together with Plaintiff, the "Parties"), through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 6, 2019, Defendants filed a Notice of Related Cases, identifying the following related cases: *Tapia v. Capstone Logistics, LLC, et al.*, Case No. 17-CV-319864, pending before the California Superior Court for Santa Clara County; *Slade v. LMS Intellibound, LLC, et al.*, Case No. 18-CV-00119-JST, pending before the United States District Court for the Northern District California; and *Gomez, et al. v. Pinnacle Workforce Logistics, LLC, et al.*, Case No. Civ. D. S1804163, pending before the California Superior Court for San Bernardino County (collectively, the "Related Cases") (ECF No. 33);

WHEREAS, the settlement of this case is part of the settlement of four related class actions against Defendants (the "Global Settlement"), including *Tapia v. Capstone Logistics, LLC, et al.*, *Slade v. LMS Intellibound, LLC, et al.*, and *Gomez, et al. v. Pinnacle Workforce Logistics, LLC, et al.*, and this matter;

WHEREAS, the Parties, together with the parties in *Tapia v. Capstone Logistics, LLC, et al.*, *Slade v. LMS Intellibound, LLC, et al.*, and *Gomez, et al. v. Pinnacle Workforce Logistics, LLC, et al.*, fully executed a Global Settlement Agreement on September 6, 2019;

WHEREAS, due to the overlap of the allegations and claims and putative class members, in order to promote judicial efficiency, and to avoid confusion by class members, the Parties agreed to consolidate their claims in *Gomez, et al. v. Pinnacle Workforce Logistics, LLC, et al.*;

//

2

WHEREAS, the San Bernardino Superior Court granted preliminary approval of the Global Settlement of the *Gomez* action on November 14, 2019;

WHEREAS, the Court granted the motion for final approval and final judgment of the Global Settlement Agreement in the *Gomez* action on August 5, 2020;

WHEREAS, the time to appeal the *Gomez* final judgment expired on October 9, 2020;

WHRERE IT IS HEREBY STIPULATED by and between the parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that:

1.    The entire action is dismissed with prejudice; and

2.    Each party shall bear their own attorney's fees and costs.

DATED:  November 5, 2020          **BRADLEY/GROMBACHER, LLP**

By: */s/ Marcus J. Bradley*
      Marcus J. Bradley, Esq.
      Kiley Grombacher, Esq.

      Attorneys for Plaintiff

DATED:  November 5, 2020          **SEYFARTH SHAW LLP**

By: */s/ Justin Curley (signed with consent)*
      Daniel C. Whang, Esq.
      Justin Curley, Esq.
      Megha J. Charalambides, Esq.

      Attorneys for Defendants
      CAPSTONE LOGISTICS, LLC and
      PROGRESSIVE LOGISTICS
      SERVICES LL

3