JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN SIMS, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br> v.<br><br>CAPSTONE LOGISTICS, LLC, a Delaware Corporation; PROGRESSIVE LOGISTICS SERVICES, LLC, a Georgia Corporation; and DOES 1 through 100, inclusive,<br><br>                Defendants. | **CASE NO. 2:19-cv-02534 MCS(SSx).(rn)**<br>*[Assigned for All Purposes to the Honorable Mark C. Scarsi CR 7C]*<br><br>[PROPOSED] **ORDER GRANTING DISMISSAL PURSUANT TO FED. R. CIV. PROCEDURE 41(a)(1)(ii),**<br><br><br>Complaint filed: February 27, 2019 |

1

---

[PROPOSED] **ORDER GRANTING DISMISSAL PURSUANT TO FED. R. CIV. PROCEDURE 41(a)(1)(ii),**
*BRIAN SIMS v. CAPSTONE LOGISTICS, LLC, et al.*
**Case No.: 2:19-cv-02534-GW (SSx)**

### [PROPOSED] ORDER

Pursuant to the parties Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED that:

1. The action is dismissed with prejudice as to Plaintiff Brian Sims;
2. This action is dismissed without prejudice as to any putative class members; and
3. Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: November 5, 2020

_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2

[PROPOSED] ORDER GRANTING DISMISSAL PURSUANT TO FED. R. CIV. PROCEDURE 41(a)(1)(ii),
*BRIAN SIMS v. CAPSTONE LOGISTICS, LLC, et al.*
Case No.: 2:19-cv-02534-GW (SSx)